UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LIPSCOMB, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| ORKIN, INC. and ROLLINS, INC., | ) ) ) | No. 5:13-CV-111-FL |
| Defendants. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 14, 2014, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on July 14, 2014, and Copies To:**

Ray M. Kline (via CM/ECF Notice of Electronic Filing)
Daniel J. Gerber (via CM/ECF Notice of Electronic Filing)
Steven B. Epstein (via CM/ECF Notice of Electronic Filing)


July 14, 2014             JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk